IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, et al.,<br>*Plaintiffs*,<br><br>v.<br><br>VELOX CONTRACTING, INC.,<br><br>*Defendant.* | Civil No. 1:21-cv-00741<br>Hon. Liam O'Grady<br>Hon. Michael Nachmanoff |

## ORDER

This matter comes before the Court upon the Report and Recommendation issued by Magistrate Judge Michael S. Nachmanoff ("Recommendation") on September 20, 2021 (Dkt. 11). Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting any objections to the Recommendation was October 4, 2021. To date, no objections have been filed.

Thus, after reviewing the record and Judge Nachmanoff's Recommendation, and finding good cause to do so, the Court hereby **APPROVES** and **ADOPTS** the Recommendation (Dkt. 11) as to damages.

Therefore, it is hereby **ORDERED** that Plaintiffs' Motion for Default Judgment is **GRANTED**. *See* Dkt. 7.

It is **ORDERED** that judgment is hereby entered in favor of Plaintiffs: Board of Trustees, Sheet Metal Workers' National Pension Fund; Board of Trustees, International Training Institute for the Sheet Metal and Air Conditioning Industry; Board of Trustees, Sheet Metal Occupational Health Institute Trust; and National Energy Management Institute Committee. It is **ORDERED**

that judgement is hereby entered against Defendant Velox Contracting, Inc., in the amount of Ten Thousand Five Hundred Seventeen Dollars and Twenty-Nine Cents ($10,517.29).

It is further **ORDERED** that the Plaintiffs are awarded attorney's fees and costs in the amount of Two Thousand Seven Hundred Ninety-Six Dollars and Twenty-Nine Cents ($2,796.29).

The Clerk of Court is direct to enter judgment as set forth above pursuant to Rule 55 of the Federal Rules of Civil Procedure.

It is **SO ORDERED**.

October 12, 2021
Alexandria, Virginia

Liam O'Grady
United States District Judge